HANES v. SPENCER

No. 388P86.

Case below: 80 N.C. App. 724.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.

HINSON v. BROWN

No. 394P86.

Case below: 80 N.C. App. 661.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986. Notice of appeal by defendants pursuant to G.S. 7A-30 dismissed 28 August 1986.

HOUSING AUTHORITY OF THE CITY
OF WINSTON-SALEM v. HARDY

No. 310P86.

Case below: 80 N.C. App. 166.

Petition for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 28 August 1986.